ACCEPTED
03-15-00368-CV
7042155
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/22/2015 3:51:15 PM
JEFFREY D. KYLE
CLERK

No. 03-15-00368-CV

IN THE
THIRD COURT OF APPEALS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/22/2015 3:51:15 PM
JEFFREY D. KYLE
Clerk

LAURA PRESSLEY,

Appellant,

v.

GREGORIO "GREG" CASAR,

Appellee.

No. 03-15-00505-CV

IN THE
THIRD COURT OF APPEALS
AUSTIN, TEXAS

DAVID ROGERS,

Appellant,

v.

GREGORIO "GREG" CASAR,

Appellee.

APPELLEE'S UNOPPOSED MOTION TO CONSOLIDATE AND RESET
BRIEFING DEADLINES

TO THE HONORABLE THIRD COURT OF APPEALS:

Appellee Gregorio "Greg" Casar files this Unopposed Motion to Consolidate

and Reset the Briefing Deadlines in this consolidated appeal. Appellee requests the

Court to make Appellee's deadline for filing its brief in No. 03-15-00368-CV run from

the filing of Appellant Roger's filing of his brief in No. 03-15-00505-CV. Both Appellants are appealing from the same judgment, from the same trial court case, using the same record, and raising many of the exact same issues. This motion seeks to allow orderly briefing in this case, and prevent unnecessary waste of resources.

Both of these appeals arise from the same underlying case, *Pressley v. Casar*, No. D-1-GN-15-000374, in the 201st District Court, Travis County, Texas. Appellant Laura Pressley filed her notice of appeal first, and Appellant David Rogers later filed his own notice of appeal. The Clerk originally docketed these cases as separate appeals (No. 03-15-00368-CV and No. 03-15-00505-CV), but the Court subsequently consolidated the appeals.

Because the case was originally docketed as separate appeals, the deadlines for briefing in No. 03-15-00368-CV began to run before the briefing deadlines in No. 03-15-00505-CV. As a result, on September 16, 2015, Appellant Laura Pressley filed her Appellant's Brief in No. 03-15-00368-CV, and Appellee's Brief is currently due on October 6, 2015. However, in No. 03-15-00505-CV, Appellant David Rogers' brief is due on October 7, 2015, one day *after* Appellee's current brief deadline in No. 03-15-00368-CV.

As noted above, these appeals arise from the same underlying judgment and many of the factual and legal issues are identical. Appellee anticipates that the necessary briefing will be identical, and hopes to address them, if possible, in one consolidated brief. Under the current briefing schedule, Appellee would be required

2

to file his initial brief before one of the appellants, and would be forced to brief the case twice. Forcing Appellee to file redundant briefs will waste time and resources and confuse the briefing in this consolidated appeal.

For these reasons, Appellee files this unopposed motion and asks the Court to consolidate and reset the briefing deadlines in these consolidated appeals, making Appellee's deadline for filing his brief in No. 03-15-00368-CV run from the filing of Appellant Roger's filing of his brief in No. 03-15-00505-CV.

This motion is not made for the purpose of delay, and neither the Court nor the Parties will be prejudiced by the granting of the relief requested. Instead, the granting of this motion will prevent unnecessary waste of the Court and the Parties' resources, and allow for a better presentation of the merits of the issues involved. The undersigned counsel conferred with Appellant's Counsel in No. 03-15-00368-CV, and was informed that he did not oppose the granting of this motion.

### PRAYER

Accordingly, Appellee requests the Court to consolidate and reset the briefing schedule, making Appellee's deadline for filing its brief in No. 03-15-00368-CV run from the filing of Appellant Roger's filing of his brief in No. 03-15-00505-CV.

Dated:  September 22, 2015

Respectfully submitted,

By:
/s/ Kurt Kuhn

Charles Herring, Jr.
State Bar No. 09534100
chuck@herringpanzer.com
Lauren Ross
State Bar No. 24092001
laurenbross@herring-irwin.com
HERRING & PANZER, L.L.P.
1411 West Avenue, Suite 100
Austin, Texas  78701
(512) 320-0665
(512) 519-7580 (fax)

Kurt Kuhn
State Bar No. 24002433
kurt@kuhnhobbs.com
Lisa Bowlin Hobbs
State Bar No. 24026905
lisa@kuhnhobbs.com
KUHN HOBBS PLLC
3307 Northland Drive, Suite 310
Austin, Texas  78731-4946
(512) 476-6005
(512) 476-6002 (fax)

Jessica Palvino
State Bar No. 24048780
jpalvino@mcginnislaw.com
MCGINNIS, LOCHRIDGE & KILGORE, LLP
600 Congress Avenue, Suite 2100
Austin, Texas  78701
(512) 495-6079
(512) 505-6379 (fax)

COUNSEL FOR APPELLEE

## CERTIFICATE OF CONFERENCE

I hereby certify, pursuant to Texas Rule of Appellate Procedure 10.1(a)(5), that I conferred with Mark Cohen, counsel for Appellant Laura Pressley, whom indicated that he does not oppose the relief sought in this motion.

/s/ Kurt Kuhn

Kurt Kuhn

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of this notice on counsel of record either electronically, in accordance with the rules on electronic filing on September 22, 2015, as listed below:

/s/ Kurt Kuhn

Kurt Kuhn

Mark Cohen
805 West 10th Street, Suite 100
Austin, Texas  78701
mark@cohenlegalservices.com

David Rogers
LAW OFFICE OF DAVID ROGERS
1201 Spyglass Drive, Suite 100
Austin, Texas  78746
firm@darogerslaw.com